Ex parte BATES, et al
No. A-1563.   Opinion Filed May 26, 1915.
(152 Pac. 1198.)

Tom W. Neal and R. P. White, both of Poteau, for petitioner.

PER CURIAM.   Habeas corpus application to be let to bail by W. L. Bates, Will Stiles and Millard Vaught.   Bail allowed and fixed at $12,000 for Vaught, and $8,000 each for Bates and Stiles, to be approved by the clerk of the district court of Le Flore county.

---

Ex parte CARTER
No. A-1812.
(152 Pac. 1198.)

PER CURIAM.   Petition of W. C. Carter for writ of habeas corpus. Leave granted to withdraw petition.

---

Ex parte CHEADLE
No. A-1725.   Opinion Filed May 27; 1915.
(152 Pac. 1198.)

Application of Tom Cheadle for writ of habeas corpus.   Cornelius Hardy of Tishomingo, for petitioner.

PER CURIAM.   Proceedings dismissed.

---

Ex parte CHILDS
No. A-2290.   Opinion Filed June 9, 1915.
(152 Pac. 1198.)

Petition of A. C. Childs for writ of habeas corpus.   Cause dismissed.

C. E. Corbett, T. S. Cobb, and C. Guy Cutlip, all of Wewoka, for petitioner.

PER CURIAM.   Petition withdrawn, and cause dismissed.

---

Ex parte COLBY, et al
No. A-1490.   May 28, 1915.
(152 Pac. 1198.)

Dorset Carter, of Oklahoma City, for petitioners.

PER CURIAM.   Application of J. H. Colby and Wade Stovall for writ of habeas corpus, for the purpose of being admitted to bail.   Writ issued and returnable before Hon. Stilwell H. Russell, district judge, at Ardmore.   On the hearing so had petitioners admitted to bail.